UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DARREN LUCAS,
        Plaintiff,

    v.

U-MASS DARTMOUTH, et al.,
        Defendants.

Civil Action No. 03-12422-REK

ORDER OF DISMISSAL

KEETON, D.J.

In accordance with this Court's order dated February 26, 2004, it is ORDERED that the within action be and it is hereby dismissed pursuant to 28 U.S.C. § 1915(e)(2).

        By the Court,

        s/ Linn A. Weissman
        Deputy Clerk

Date March 4, 2004

(noticeofdismissal.wpd - 12/98)        [odism.]